THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY W. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:09-CV-454-TMH |
| ) | [WO] |
| ) | |
| CIRCUIT COURT OF HOUSTON COUNTY, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to the named defendants, and without prejudice as to the claims challenging the constitutionality of plaintiff's conviction and/or sentence imposed upon him by the Circuit Court for Houston County, Alabama.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of June, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE